**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 05/02/2025 07:15:32 AM
Requestor: LARMSTRO Date/Time: 05/05/2025 09:47:40

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 430 | BAD RIVER (LA POINTE) | TT 3D18 -A | MIDWEST LTRO | MIDWEST REGIONAL OFFICE | GREAT LAKES AGENCY | Both |

Original Allottee:

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 430 TT 3D18 -A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 430 TT 3D18 -A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

*Rosemarie Fresquez*
_____
Midwest Office LTRO Manager

Exhibit D

Appendix "A"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 430 | BAD RIVER (LA POINTE) | TT 3D18 -A | MIDWEST LTRO | MIDWEST REGIONAL OFFICE | GREAT LAKES AGENCY | Both |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| 25 | 048.00N | 003.00W | WISCONSIN | ASHLAND | Fourth Principal | | 25.000 |

METES AND BOUNDS: THAT PART OF THE NE¼SE¼ LYING SOUTH OF U.S. HWY 2.

TOTAL TRACT ACRES:        25.000

Exhibit D

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 430 | BAD RIVER (LA POINTE) | TT 3D18 -A | MIDWEST LTRO | MIDWEST REGIONAL OFFICE | GREAT LAKES AGENCY | Both |

Effective Ownership as of 10/08/2004

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OWNER | | | DOCUMENT | | | NAME ACQUIRED | FRACTION | AGGR SHARE | |
| 430 LAKE SUPERIOR CHIPPEWA (BAD R | T430030 | Tribe | Trust | All | Deed-TS | ACT 1934 | 1475--- | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA | 1 6 | | |
| | | | Trust | All | Deed-TS | ACT 1934 | 1476--- | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA | 1 6 | | |
| | | | Trust | All | Deed-TS | ACT 1934 | 1477--- | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA | 1 6 | | |
| | | | Trust | All | Deed-TS | ACT 1934 | 1478--- | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA | 1 6 | | |
| | | | Trust | All | Deed-TS | ACT 1934 | 1479--- | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA | 1 3 | 6 6 | 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 6 6 | 1.0000000000 |
| IN RESTRICTED FEE: | 0 6 | .0000000000 |
| IN FEE: | 0 6 | .0000000000 |
| IN TOTAL: | 6 6 | 1.0000000000 |

Exhibit D

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 430 | BAD RIVER (LA POINTE) | TT 3D18 -A | MIDWEST LTRO | MIDWEST REGIONAL OFFICE | GREAT LAKES AGENCY | Both |

Ownership of Tract 430 TT 3D18 -A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Water Line<br>BAD RIVER TRIBAL UTILITY DEPARTMENT | 80004215IN | 430C250231 | 07/16/2015 | PERPETUAL | .780 | 10/06/2015 | 430 80004215IN |

**Type of Encumbrance**

| Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| ASSIGNMENT | THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC | | 11463 | MODIFICATION OF MTG APPD: 08/20/2015, FOR MTG DOC NO. 430 9380--- ASSIGNS MTG FROM JACKSON COUNTY BANK TO THE SECRETARY OF HOUSING & URBAN DEVELOPMENT, SECURES NOTE DTD: 07/23/2004 FOR $16,060.01, ENCUMBERING THE INTEREST OF ELIZABETH NELSON. |
| RIGHTS OF WAY | WISCONSIN HIGHWAY COMMISSION | PERPETUAL | 1464960 | HWY R/W APPD: 01/20/1960, ACT OF 2-5-48 (62 STAT. 17). |
| RIGHTS OF WAY | WISCONSIN TELEPHONE COMPANY | | 4625--- | TELEPHONE R/W APPD: 07/19/1977, ACT OF 2-5-48 (62 STAT. 17). |
| MISCELLANEOUS | ----- | PERPETUAL | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

Exhibit D

Appendix "E"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 430 | BAD RIVER (LA POINTE) | TT 3D18 -A | MIDWEST LTRO | MIDWEST REGIONAL OFFICE | GREAT LAKES AGENCY | Both |

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| RESIDENTIAL<br>ELIZABETH NELSON | 2001440454 | 430C550116 | 07/21/2004 | 07/20/2054 | 3.000 | 06/06/2007 | |

No Encumbrances to list for Appendix D

Exhibit D