# Indian Loan Guarantee Certificate

U.S. Department of Housing and Urban Development, Office of Public and Indian Housing

| 1. 184 Case Number: 556-012757 | 2. Amortization Plan: 360 | 3. LTV Ratio: 72.27% | 4. Living Units: 1 | 5. Borrower Type: Individual | 6. Control #: 240427 |
|---|---|---|---|---|---|
| 7. Name of Borrower (last,first,MI): Nelson, Elizabeth J. | 8. Social Security Number: | 9. Mortgage Amount: $16,060 | 10. Interest Rate: 6.875% | 11. Monthly Payment (P&I): $105.50 | |
| 12. Name of Co-Borrower (last,first,MI): | 13. Social Security Number: | 14. Maturity Date: 08-2034 | 15. First Payment: 09-2004 | 16. Endorsement Date: 07-19-2005 | |

17. Address of Property:

72167 US Highway 2
Odanah, WI 54861

18. Lender's Name, Address & ID Number:      **CORRECTED 9/6/2005**

Jackson County Bank
P.O. Box 490
Black River Falls, WI 54615

Endorsed for guarantee when signed below by an authorized agent of the Assistant Secretary for Public and Indian Housing. A copy of this certificate must accompany any claim for guarantee benefits submitted to HUD.

*Thomas C Wright* (signature)

X Director, Office of Loan Guarantee

This certificate, when endorsed above by an authorized agent of the Assistant Secretary for Public and Indian Housing, is evidence of guarantee of the mortgagee loan described herein under the Section 184 of the Housing and Community Development Act of 1992 (P.L. 102550) and regulations of the U.S. Department of Housing and Urban Development published in Code of the Federal Regulations (24 CFR 955).

Sensitive Information: The information collected on this form is considered sensitive and is protected by the Privacy Act. The Privacy Act requires that these records be maintained with appropriate administrative, technical, and physical safeguards to ensure their security and confidentiality. In addition, these records should be protected against any anticipated threats or hazards to their security or integrity which could result in substantial harm, embarrassment, inconvenience, or unfairness to any individual on whom the information is maintained.

Form HUD-53039 (10/94)

Exhibit E