| W. B. A. | 425 (6/99) | FIPCO 11113 |
|---|---|---|

© 1999 Wisconsin Bankers Association / Distributed by FIPCO®

DOCUMENT NO.

## ASSIGNMENT OF MORTGAGE - BY LENDER

The undersigned Lender, for valuable consideration, receipt of which is acknowledged, assigns to The Secretary of Housing and Urban Development of Washington, D.C., 451 7th Street SW, Room 5143, Washington, DC 20410,

a Mortgage executed by Elizabeth Nelson, An adult unmarried woman as lessee

to Lender and recorded in the office of the Register of Deeds of Ashland County, Wisconsin, as Document No. 430 9380 in _____ (VOLUME, PAGE, ETC.)

encumbering the real estate described below, together with a note or loan agreement from Borrower to Lender dated July 23, 2004

☐ If checked, this assignment is without recourse to Lender.

**Recording Area**

**Name and Return Address**

Jackson County Bank
8 Main Street, PO Box 490
Black River Falls, WI 54615

Exempt - Tribal Lands

Parcel Identifier Number

A parcel of land located within NE1/4SE1/4 Section 25, Township 48 North, Range 3 West, 4th P.M., Ashland County, Wisconsin, more particularly described as follows:

Commencing at SE corner of said Section 25, thence North, a distance of 2142.00 feet, more or less, thence West, a distance of 561.00 feet, more or less to the Point of Beginning; thence continuing West, a distance of 361.50 feet thence South, a distance of 361.50 feet; thence East, a distance of 361.50 feet thence North, a distance of 361.50 feet; to the Point of Beginning, containing 3.00 acres, more or less, subject to all valid existing rights-of-way of record.

THIS IS HOMESTEAD PROPERTY.

☐ If checked here, real estate description continues or appears on attached sheet(s).

State of Wisconsin

County of Jackson

This instrument was acknowledged before me

on August 20, 2015

by John Drace and Fred Goettl
   (Names of person(s))

as President and Executive Vice President
   (Type of authority, e.g., officer, trustee, etc., if any)

of Jackson County Bank
   (Name of party on behalf of whom instrument was executed, if any)

*signature* (Notary Signature)

* Brooke M. Aldach
Notary Public, Wisconsin
My Commission Expires:    February 18, 2016

EWI425 rev. 10/2012

Dated August 20, 2015

Jackson County Bank
                 (Name of Lender)

By *signature* John Drace

Title President

* John Drace

Attest *signature*

Title Executive Vice President

* Fred Goettl

This instrument was drafted by:

B. Aldach/Jackson County Bank
                 (Type or Print)

*Type or print name signed above.

Exhibit F