W. B. A. | CONSUMER | GP 470 (4/07) | 11178
© 2007 Wisconsin Bankers Association / Distributed by FIPCO®

# NOTICE OF RIGHT TO CURE DEFAULT
(Required before legal action for collection is commenced if Wis. Stats. §425.105 applies)

To: Elizabeth Nelson
PO Box 11
Odanah, WI 54861

In Responding Please Contact:
Brooke Aldach

Our records show you are in default on the following credit transaction with us:

☒ Note  ☐ Installment Sale Agreement  ☐ _____

dated July 23, 2004   in the original amount of $ 16,060.01   , Loan Number: 4021

for the following reason(s):
☒ Nonpayment of amounts due.
☐ _____

You may cure the default(s) on or before July 6, 2014   by:

1. ☒ Paying to the creditor named below:

| | | |
|---|---|---|
| Late Payment March 1, 2014 | $ | 210.66 |
| Late Payment April 1, 2014 | | 226.50 |
| Late Payment May 1, 2014 | | 226.50 |
| Delinquency Charge | | 0.00 |
| June 1, 2014 | | 226.50 |
| Total | $ | 890.16 |

2. ☐ Doing the following: _____

SPECIAL NOTICE: IF YOU DO NOT PAY THE TOTAL AMOUNT SHOWN BY THE DATE INDICATED, THEN YOUR ENTIRE OUTSTANDING BALANCE WILL AUTOMATICALLY BE ACCELERATED AND BECOME IMMEDIATELY DUE AND PAYABLE WITHOUT FURTHER NOTICE, DEMAND OR RIGHT TO CURE.

Unless the credit transaction is excluded from coverage under the Wisconsin Consumer Act, the collateral is removed from Wisconsin under §421.201(5), Wis. Stats., or abandoned under §425.207(2), Wis. Stats., you have a right to a court hearing on the issue of default before any repossession of any Collateral, but by surrendering the Collateral you waive such right. You may initiate surrender by contacting the creditor and suggesting arrangements.

Dated: June 6, 2014

Creditor:

JOHN DRACE PRESIDENT, NMLS #504099 JACKSON COUNTY BANK
( NAME )

By: *John Drace* (signature)

8 MAIN STREET P.O. BOX 490

BLACK RIVER FALLS, WI  54615
( ADDRESS )

(715)284-5341
( TELEPHONE NUMBER )

NOTICE: ☒ If checked here, we have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

Exhibit G

June 6, 2014

Elizabeth Nelson
P.O. Box 11
Odanah, WI 54861

Re: Delinquent Real Estate Loan

Dear Elizabeth,

As you can see from the enclosed NOTICE OF RIGHT TO CURE DEFAULT, your real estate loan #4021 has reached a very delinquent status where you have left us no alternative but to begin legal action. This notice is the first step towards beginning that action.

If the amount due, $890.16 is not paid by July 6, 2014, the file will be turned over to our attorney to commence legal action.

This requires your immediate attention.

Sincerely,


Brooke Aldach
Home Loan Processor


enclosure:

Exhibit G

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here
JUN 2014

Sent To: ELIZABETH NELSON
Street, Apt. No.; or PO Box No.: PO BOX 11
City, State, ZIP+4: ODANAH, WI 54861

7013 1090 0001 9748 2347

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ELIZABETH NELSON
   PO BOX 11
   ODANAH, WI 54861

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature] Liz Nelson*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6-12-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   #4021

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0001 9748 2347

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit G