**jcbank**

**JACKSON COUNTY BANK**
BLACK RIVER FALLS, ALMA CENTER, HIXTON, MERRILLAN, TAYLOR

COPY

July 11, 2014

Bad River Band of Lake Superior Chippewa Tribe
Mike Wiggins, Jr. Bad River Tribal Chairman
PO Box 39
Odanah, WI 54861

Re: Elizabeth Nelson

Dear Mike,

I am writing to you in regards to the delinquent real estate loan of Elizabeth Nelson on the property located at 71923 US Hwy 2, Odanah, WI 54861. As a request from HUD we are notifying the tribe of the loan holder, Bad River Band of Lake Superior Chippewa Tribe, of the delinquent loan status of a tribal member, Elizabeth Nelson.

Elizabeth Nelson is currently due for the monthly installment of March 1, 2014 and each payment thereafter. On June 6, 2014 a Notice of Right to Cure Default was sent to Elizabeth Nelson requesting the loan be brought current by paying the installments due. There was no response from Elizabeth Nelson and no payments have been received on this loan.

At this time we are notifying you as a request from HUD of the failure to cure the default and giving Bad River Band of Lake Superior Chippewa Tribe, the option to cure the default **in full by August 11, 2014**. The total amount due through August 11, 2014 is $11,861.81. The breakdown is as follows:

| | |
|---|---:|
| Principal: | $ 10,772.55 * |
| Interest: | $ 390.61 |
| Late Fees: | $ 5.28 |
| Real Estate Mortgage Satisfaction | $ 30.00 |
| Negative Escrow | $ 673.93 |
| Partial payment | $ -10.56 |
| Total Due through 8/11/2014 | $ 11,861.81 |

Enclosed you will find a copy of the Notice of Right to Cure Default that was sent to Elizabeth Nelson.

If you have any questions, please feel free to contact me at 715-284-5341 ext 1349.

Sincerely,

Brooke Aldach
Home Loan Processor

Cc: Elizabeth Nelson

8 MAIN STREET • P.O. BOX 490 • BLACK RIVER FALLS, WI 54615
PHONE (715) 284-5341 • FAX (715) 284-7470 • Member FDIC
E-mail: jcbank@jacksoncountybank.com • www.jacksoncountybank.com

Exhibit H

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .48 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.48 |

Postmark: BLACK RIVER FALLS WI 54615 / 2014 / USPS

Sent To: Bad River Band of Lake Superior Tribe
Street, Apt. No.; or PO Box No. PO Box 39
City, State, ZIP+4 Odanah, WI 54861       #4021

PS Form 3800, August 2006       See Reverse for Instructions

7013 1090 0001 9748 2453

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bad River Band of LAke Superior
   Chippewa Tribe
   Attn: Mike Wiggins, Tribal Chairman
   PO BOx 39
   Odanah, WI 54861

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7-14-14

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0001 9748 2453

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Exhibit H