OMB Approval No. 2502-0429 (Exp. 12/31/2012)

*Nelson*

# Single-Family Application for Insurance Benefits

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

Write numeric date where indicated (i.e. MM-DD-YYYY).    **General Information**

| 1. Claim Type | | | 31-Spec. Forb. | 2. FHA Case Number |
|---|---|---|---|---|
| 01-Conveyance  03-Automatic Assignment  05-Supplemental  07-PFS | | | 32-Modification | 556-012757 |
| ☒ 02-Assignment  04-Coinsurance  06-CWCOT  Other | | | 33-Partial Claim | |

| 3. Section of the Act Code | 4. Default reason code (2 digits) | 5. Endorsement date (from MIC) | 6. Date form prepared |
|---|---|---|---|
| 184 | 31 | July 19, 2005 | December 3, 2014 |

| 7. Due date of first payment to principal and interest | | 8. Due date last complete installment paid | 9. Date of possession and acquisition of marketable title | 10. Date deed or assignment filed for record or date of closing or appraisal |
|---|---|---|---|---|
| a. Original | b. Modified | February 1, 2014 | July 23, 2004 | November 26, 2014 |
| July 23, 2004 | | | | |

| 11. Date foreclosure proceedings | | 12. Holding mortgagee number (payee) (10 digits) | 13. Servicing mortgagee number (10 digits) | 14. Mortgagee reference number (maximum of 15 digits) |
|---|---|---|---|---|
| a. Instituted | b. Date of deed in lieu | | | 4021 |

| 15. Mortgage amount | | 16. Holding mortgagee EIN (9 digits) | 17. Unpaid loan balance as of date in block 8 (Item 11 if coinsurance) | 18. Date of firm commitment |
|---|---|---|---|---|
| a. Original | b. Modified | | $10,772.55 | June 22, 2004 |
| $16,060.01 | | | | |

| 19. Expiration date of extension to foreclose/assign | 20. Date of notice/Extension to convey | 21. Date of release of bankruptcy, if applicable | 22. Is property vacant? |
|---|---|---|---|
| | | | Yes  ☒ No |

| 23. If Item 22 is No, date of local HUD Office approval | 24. Is property conveyed damaged? | 25. If Item 24 is Yes, date of: a. Local HUD Office approval (pursuant to 203.379(a)(1)) | b. Certification (pursuant to 203.379(a)(2)) |
|---|---|---|---|
| | Yes  ☒ No | | |

| 26. Type of Damage | | | | | 27. Recovery or estimate of damage |
|---|---|---|---|---|---|
| Tornado  Boiler explosion (Condominium units only)  Fire  Damage (203.377)  Flood  Earthquake | | | | | |

| 28. Is mortgagee successful bidder? | 29. Deficiency Judgment Code | 30. Authorized bid amount | 31. Mortgagee reported curtailment date |
|---|---|---|---|
| Yes  No | | | |

## 32. Schedule of Tax Information

| | | | | | Period covered | | |
|---|---|---|---|---|---|---|---|
| Tax Year | Type of tax or assessment | Collector's property identification | Amount paid | From | To | Date paid |
| | Tribal Trust (no Taxes) | | | | | |
| | | | | | | |
| | | | | | | |

| 33. Mortgagor's name, SSN and property address | 34. Brief legal description of property |
|---|---|
| Elizabeth J. Nelson· 72167 US Highway 2 Odanah, WI 54861 | A parcel of land located within NE1/4SE1/4 S25, T48N, R3W, 4th P.M., Ashland County, WI. Commencing at the SE corner of said S25, Thence North, a distance of 2142.00 feet . |

**Certification:** The undersigned agrees that in the event of damage by fire (except as otherwise provided in section 203.379(b) of the HUD regulations; flood, earthquake, tornado, or boiler explosion, if applicable, the Secretary may deduct from the settlement to be made to the mortgagee an amount computed in accordance with the applicable HUD regulations. The undersigned further agrees: (1) that in the event the Secretary finds it necessary to reconvey the above described property to the mortgagee, because of the mortgagee's noncompliance with HUD regulations, the mortgagee shall reimburse the Secretary for any settlement made in adjustment of any loss or cash and for all cash disbursements, including those for repairs and rehabilitation of the property, made by the Secretary; and (2) that if a mortgagee does not comply with HUD regulations, the mortgagee remains responsible for the property, and any loss or damage thereto, notwithstanding the filing of the deed to the Secretary for record, and such responsibility is retained by the mortgagee until HUD regulations have been fully complied with (203.379).

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

**By signing below, the undersigned certifies that the statements and information contained hereon (face and reverse) are true and correct.**

| 35. Name & address of mortgagee (include Zip Code) | 36. Name & address of Mortgagee's servicer (include Zip Code) |
|---|---|
| Chippewa Valley Bank PO Box 5 Winter, WI 54896 | Jackson County Bank PO Box 490, 8 Main Street Black River Falls, WI 54615 |

| 37. Mortgagee official signature, date & title. (Signature not necessary if signed by (Servicer) | 38. Servicer signature, date & title. |
|---|---|
| | Brooke Aldach, Home Loan Processor December 3, 2014 |

Mail Original to: Department of Housing and Urban Development, Office of Financial Services/OFS, SF Claims Br., PO Box 23297, Washington, D. C. 20026

| Continuation of Application | | | |
|---|---|---|---|
| 39. Amount of monthly payment to:<br>a. FHA Insurance | b. Taxes<br><br>N/A (Trust) | c. Hazard Insurance<br><br>$121.00 | d. Interest & Principal<br><br>$105.50 |
| 40. If Bankruptcy filed, enter date filed<br><br>N/A | 41. If conveyed/assigned damaged,<br>date damage occurred | 42. Date HIP cancelled or refused,<br>if applicable | 43. Number of living units<br><br>1 |

| 44. Status of Living Units | | |
|---|---|---|
| Unit #1. a.<br>☐ Vacant<br>☒ Occupied (Enter name of occupant) | b. Date vacated, if applicable | c. Date secured, if applicable |
| Unit #2. a.<br>☐ Vacant<br>☐ Occupied (Enter name of occupant) | b. Date vacated, if applicable | c. Date secured, if applicable |
| Unit #3. a.<br>☐ Vacant<br>☐ Occupied (Enter name of occupant) | b. Date vacated, if applicable | c. Date secured, if applicable |
| Unit #4. a.<br>☐ Vacant<br>☐ Occupied (Enter name of occupant) | b. Date vacated, if applicable | c. Date secured, if applicable |

| 45. Modified Interest Rate | 46. New Maturity Date | 47. Interest Rate (prior to modification) |
|---|---|---|
| | | |

Mortgagee's comments, if any.

Mailed assignment for recording on August 15, 2014 and BIA misplaced it. Re-sent another original assignment to be recorded on November 17, 2014. Received that recorded assignment on November 26, 2014. See email correspondences in package.

HUD's comments, if any.

Public Reporting Burden for this collection of information is estimated to average 1.33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain mortgage insurance benefits. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Sensitive Information. Some information collected on this form is considered sensitive and is protected by the Privacy Act. The Privacy Act requires that these records be maintained with appropriate administrative, technical, and physical safeguards to ensure their security and confidentiality. In addition, these records should be protected against any anticipated threats or hazards to their security or integrity which could result in substantial harm, embarrassment, inconvenience, or unfairness to any individual on whom the information is maintained.

Previous versions obsolete                    Part A, cont.        ref Handbooks 4330.4 & 4310.5        form **HUD-27011** (07/2009)

Exhibit I

# Single-Family Application for Insurance Benefits

**Part B    Fiscal Data**

| 100. Mortgagor's Name and Property Address | 101. FHA Case Number | 102 Section of Act Code |
|---|---|---|
| | 556-012757 | 184 |
| Elizabeth J. Nelson | 103. Mortgagee's reference number (max. 15 digits) | 104. Date form prepared |
| 72167 US Highway 2 | 4021 | December 3, 2014 |
| Odanah, WI 54861 | 105. Exp. date to Submit Title Evidence, or fiscal data for Part B | 106. Check if supplemental |

| Line Number | Description | Column A Deductions | Column B Additions | Column C Interest |
|---|---|---|---|---|
| 107. | Adjustment to Loan Balance (if different from Item 17, Part A) | | | |
| 108. | Sale/Bid or Appraisal Value (for Coinsurance or Nonconveyance) | | | |
| 109. | Escrow Balance (as of date in Item 10, Part A) | | | |
| 110. | Total Disbursements for Protection and Preservation (from line 264, Part C) | | 0,048.00 | |
| 111. | Total Disbursements (from line 305, Part D) | | 0,674.00 | |
| 112. | Attorney/Trustee Fees Paid (from line 306, Part D) | | | |
| 113. | Foreclosure, Acquisition, Conveyance, and Other Costs (from line 307, Part D) | | | |
| 114. | Bankruptcy Fee (if applicable) (from line 310, Part D) | | | |
| 115. | Rental Income | | | |
| 116. | Rental Expense | | | |
| 117. | Total Taxes on Deed (from line 308, Part D) | | | |
| 118. | Recovery or Damage (if not reported on Part A)  (Use line 119 if reported on Part A) | | | |
| 119. | Estimate or Recovery From Part A  $ _____ Less Total Insurance Recovery _____ Adjusted Amount (plus or minus)  $ _____ | | | |
| 120. | Special Assessments (**Do Not Use for Coinsurance**)(from line 309, Part D) | | | |
| 121. | Mortgage Note Interest (assignments, coinsurance, and special forbearance agreements only) From 2/1/2014 To 12/3/2014 Rate 0,006.88 % 298 days | | | 0,621.25 |
| 122. | Mortgage Insurance Premiums (from line 311, Part D) | | | |
| 123. | Unapplied Section 235 Assistance Payments (Earned Assistance only) | | | |
| 124. | Overpaid Section 235 Assistance Payments | | | |
| | **Coinsurance or Nonconveyances Only** | | | |
| 125. | Overhead Costs (from line 405, Part E) | | | |
| 126. | Uncollected Interest (Approved Forbearance Agreements Only) | | | |
| 127. | Amount due from buyer at closing or at appraisal notice date (from line 406, Part E) | | | |
| 128. | Amount owed to buyer at closing or at appraisal notice date (from line 407, Part E) | | | |
| | **See Instructions** | | | |
| 129. | Additional closing costs (from line 408, Part E) | | 0,030.00 | |
| 130. | Appraisal Fee (from line 409, Part E) | | | |
| 131. | Deficiency Judgment Costs/Fees (from line 410, Part E) | | | |
| 132. | | | | |
| 133. Contact Name and Telephone Number: Holding Mortgagee Chippewa Valley Bank-Charlie Warner-715-266-3501 | **Totals** | 134. $ | 135. $ 0,752.00 | 136. $ 0,621.25  601.96 |

Contact Name and Telephone Number: Servicing Mortgagee

Jackson County Bank-715-284-5341 ext.1349

137. Net Claim Amount (columns B - A + C)  $ 1,373.25  1,353.96

**Certification:** The undersigned certifies that the amounts listed above represent all the expenses actually paid by on or behalf of the mortgagee in connection with the foreclosure, acquisition, conveyance, assignment operation, protection, or preservation of the property identified by the above FHA case number and that the information shown above is true and correct, and the undersigned agrees that upon request of HUD it will furnish receipted invoices for any amounts shown above.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

**By signing below, the undersigned certifies that the statements and information contained hereon (face and reverse) are true and correct.**

138. Mortgagee official signature, date and title.  (Signature not necessary if signed by Servicer)  | 139. Servicer Signature, date and title

Brooke Aldach, Home Loan Processor
December 3, 2014

**Mail Original to:** Department of Housing and Urban Development, Office of Financial Services/OFS, SF Claims Br., PO Box 23297, Washington, D. C. 20026

Previous versions obsolete    Part B    ref Handbooks 4330.4 & 4310.5    form **HUD-27011** (07/2009)

Exhibit I

# Single-Family Application for Insurance Benefits

**Part C     Support Document**

| 200. Mortgagor's Name and Property Address | 201. FHA Case Number | 202 Section of Act Code |
|---|---|---|
| Elizabeth J. Nelson<br>72167 US Highway 2<br>Odanah, WI 54861 | 556-012757 | 184 |
| | 203. Mortgagee's reference number (max. 15 digits)<br>4021 | 205. Debenture interest rate |
| | 204. Date<br>December 3, 2014 | |

**Disbursements for Protection and Preservation** (Continues on back)

| Date Paid | Date Work Completed | Description of Service Performed | Amount Paid $ | Debenture Interest $ |
|---|---|---|---|---|
| 206. | | | | |
| 207. | | | | |
| 208. 12/30/2013 | | Property Inspection (inspection company couldn't find) | 0,012.00 | |
| 209. 1/14/2014 | | Property Inspection (inspection company couldn't find) | 0,012.00 | |
| 210. 2/5/2014 | | Property Inspection (inspection company couldn't find) | 0,012.00 | |
| 211. 8/25/2014 | | Property Inspection (inspection company couldn't find) | 0,012.00 | |
| 212. | | | | |
| 213. | | Had Charlie from Chippewa Valley Bank conduct Inspections | | |
| 214. | | with no charges | | |
| 215. | | | | |
| 216. | | | | |
| 217. | | | | |
| 218. | | | | |
| 219. | | | | |
| 220. | | | | |
| 221. | | | | |
| 222. | | | | |
| 223. | | | | |
| 224. | | | | |
| 225. | | | | |
| 226. | | | | |
| 227. | | | | |
| 228. | | | | |
| 229. | | | | |
| 230. | | | | |
| 231. | | | | |
| 232. | | | | |
| 233. | | | | |
| 234. | | | | |
| 235. | | | | |
| 236. | | | | |
| 237. | | | | |
| 263. Subtotals brought forward from line 262 on back | | | | |
| 264. Enter amount paid and interest (Enter also on line 110, Part B) | | | Totals | 0,048.00 | |

| 265. Holding Mortgagee Contact Name and Telephone Number:<br>Chippewa Valley Bank-Charlie Warner-715-266-3501 | 266. Servicing Mortgagee Contact Name and Telephone Number:<br>Jackson County Bank-Brooke Aldach-715-284-5341<br>ext.1349 |
|---|---|

**Certification:** The undersigned certifies that the amounts listed above represent all the expenses actually paid by on or behalf of the mortgagee in connection with the foreclosure, acquisition, conveyance, assignment operation, protection, or preservation of the property identified by the above FHA case number and that the information shown above is true and correct, and the undersigned agrees that upon request of HUD it will furnish receipted invoices for any amounts shown above.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

**By signing below, the undersigned certifies that the statements and information contained hereon (face and reverse) are true and correct.**

| 267. Mortgagee official signature, date and title.  (Signature not necessary if signed by Servicer) | 268. Servicer Signature, date and title |
|---|---|
| | Brooke Aldach, Home Loan Processor<br>December 3, 2014     _Brooke Ald_ |

**Mail Original to:** Local HUD Office

Exhibit I

## Single-Family Application
## for Insurance Benefits
Part C continuation

**Disbursements for Protection and Preservation**

| Date Paid | Date Work Completed | Description of Service Performed | Amount Paid $ | Debenture Interest $ |
|---|---|---|---|---|
| 238. | | | | |
| 239. | | | | |
| 240. | | | | |
| 241. | | | | |
| 242. | | | | |
| 243. | | | | |
| 244. | | | | |
| 245. | | | | |
| 246. | | | | |
| 247. | | | | |
| 248. | | | | |
| 249. | | | | |
| 250. | | | | |
| 251. | | | | |
| 252. | | | | |
| 253. | | | | |
| 254. | | | | |
| 255. | | | | |
| 256. | | | | |
| 257. | | | | |
| 258. | | | | |
| 259. | | | | |
| 260. | | | | |
| 261. | | | | |
| 262. Subtotals (bring forward to line 263 on front) | | | | |

Mortgagee's comments, if any

HUD's comments, if any

#121. 2/1/14 — 11/26/14 = 298 days @ $2.02
@ 6.875%

Exhibit I

## Single-Family Application
### for Insurance Benefits
**Part D    Support Document** (Continuation 1)

| 300.  FHA Case Number | 301.  Section of Act Code | 302.  Mortgagee's reference number (max. 15 digits) | 303.  Debenture Interest Rate | 304.  Date |
|---|---|---|---|---|
| 556-012757 | 184 | | | December 3, 2014 |

305.  Disbursements for HIP, taxes, ground rents and water rates (which were liens prior to mortgage), eviction costs and other disbursements not shown elsewhere.  (Do not include penalties for late payment.)  Only costs incurred between the dates in Items 8 and 10 of Part A are allowed.

| Date Paid | Description | Amount Paid | Debenture Interest | Date Paid | Description | Amount Paid | Debenture Interest |
|---|---|---|---|---|---|---|---|
| 6/23/2014 | Homeowner's Insurance | 0,674.00 | | | | | |
| | Total Bill $1,322.00 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter on Line 111, Part B | | Totals | $0,674.00 |

| 306.  Attorney/Trustee Fees | | | | 307. Foreclosure and/or acquisition, conveyance and other costs | | | |
|---|---|---|---|---|---|---|---|
| Date Paid | Description | Amount Paid | Debenture Interest | Date Paid | Description | Amount Paid | Debenture Interest |
| | Attorney's fees | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Trustee fees | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Enter on Line 112, Part B | | Totals | $ | Enter on Line 113, Part B | | Totals | $ |

| 308.  Taxes on Deed | | | | | |
|---|---|---|---|---|---|
| Date Paid | Type | to Mortgagee | to HUD | Amount Paid | Debenture Interest |
| | State | | | | |
| | Other | | | | |
| | | Enter on Line 117, Part B | | Totals | $ |

| 309. Special Assessments (Do not use for Coinsurance, see Part E) | | | | | 310. Bankruptcy | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Date Lien Attached | Description | Amount Paid | Debenture Interest | Date Paid | Description | Amount Paid | Debenture Interest |
| | | | | | | | | |
| | | | | | | | | |
| Enter on Line 120, Part B | | | Totals | $ | Enter on Line 114, Part B | | Totals | $ |

| 311. Mortgage Insurance Premiums | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Period Covered From | To | Amount Paid | Debenture Interest | Date Paid | Period Covered From | To | Amount Paid | Debenture Interest |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Enter on Line 122, Part B | | Totals | $ |

**Mail Original to:** Department of Housing and Urban Development, Office of Financial Services/OFS, SF Claims Br., PO Box 23297, Washington, D. C. 20026

Previous versions obsolete                    Part D        ref Handbooks 4330.4 & 4310.5        form **HUD-27011** (07/2009)

Exhibit I

# Single-Family Application
## for Insurance Benefits

**Part E    Support Document** (Continuation 2)
**Use this form when filing for Coinsurance or Nonconveyances**

| 400. FHA Case Number | 401. Section of Act Code | 402. Mortgagee's reference number (max. 15 digits) | 403. Debenture Interest Rate | 404. Date |
|---|---|---|---|---|
| 556-012757 | 184 | | | December 3, 2014 |

| 405. Overhead Costs | | | 409. Appraisal Fee | | |
|---|---|---|---|---|---|
| One Time Charge (not to exceed $40) | | $ _____ | | | $ _____ |
| No. of Months _____ x amount $ _____ = | | _____ | | | _____ |
| Enter on Line 125, Part B | Total | $ _____ | | | _____ |
| | | | Enter on Line 130, Part B | Total | $ _____ |

| 406. Amounts due from buyer at closing or at appraisal notice date for: | | | 410. Deficiency Judgment Costs/Fees | | |
|---|---|---|---|---|---|
| Taxes | | $ _____ | | | $ _____ |
| Water rates | | _____ | | | _____ |
| Special Assessments | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| Enter on Line 127, Part B | Total | $ _____ | Enter on Line 131, Part B | Total | $ _____ |

| 407. Amounts owed to buyer at closing or at appraisal notice date for: | | | 411. Reserved | | |
|---|---|---|---|---|---|
| Taxes | | $ _____ | | | $ _____ |
| Water rates | | _____ | | | _____ |
| Special Assessments | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| Enter on Line 128, Part B | Total | $ _____ | | Total | $ _____ |

| 408. Additional closing costs at settlement | | | 412. Reserved | | |
|---|---|---|---|---|---|
| Discount Points on FHA/VA Financing | | $ _____ | | | $ _____ |
| Sales Commission | | _____ | | | _____ |
| Recording Fees | | 0,030.00 | | | _____ |
| Servicing Charge | | _____ | | | _____ |
| Termite Report | | _____ | | | _____ |
| Title Insurance | | _____ | | | _____ |
| Appraisal | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| _____ | | _____ | | | _____ |
| Enter on Line 129, Part B | Total | $ ____0,030.00 | | Total | $ _____ |

**Mail Original to:** Department of Housing and Urban Development, Office of Financial Services/OFS, SF Claims Br., PO Box 23297, Washington, D. C. 20026

Previous versions obsolete | Part E | ref Handbooks 4330.4 & 4310.5 | form **HUD-27011** (07/2009)

Exhibit I