## PAID CLAIM PAYMENT SUBMITAL TO AMA...

FR: Brian Thompson - PIH

THE Office of Loan Guarantee, having reviewed and approved the following request for Payment is now authorized for payment by the signature of Thomas C. Wright, Director, Office of Loan Guarantee.

SUBMITAL DATE: 2/4/2015

**TRANSACTION #**   SECTION 184 CASE #  556-012757   **COHORT YEAR**  240427

LOAN CERTIFICATE BOX#1

**ORIGINAL BORROWER**   NAME   Nelson, Elizabeth

PROPERTY ADDRESS   72167 Route 2, Box 430
Ashland, WI 54806

### ACCOUNTING TRANSACTION CODE

**CL**

| | Amount | |
|---|---|---|
| Part "A" Claim (Line 17) | $10,772.55 | |
| Part "B" (line 137) | | |
| supplemental claims | | |
| PAID CLAIM TOTAL | $10,772.55 | |

*SUPPLEMENTAL CLAIM/PRESERVATION COST*

**PM**

| VENDOR/CONTRACTOR NAME, ADDRESS, CITY, ST, ZIP | Amount | Description | inv date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL PROPERTY MGMT

**PAYMENT MADE TO:**   **BANK NAME**   Jackson County Bank

WIRING INSTRUCTIONS   aba/Routing number  ▓▓▓

Credit Account  ▓▓▓

ACCT NAME

HUD ▓▓▓

TAX PAYER ID ▓▓▓

LOAN REFERENCE# 4021

K. Johnson _____   T. Pillay _____   A. Wagstaff _____   B. Thompson _____   2/9/15  Toma

Date

_Thomas C. Wright_   2/9/2015

Thomas C. Wright   Date

## P... CLAIM PAYMENT SUBMITAL TO AMA...

FR: Brian Thompson - PIH

THE Office of Loan Guarantee, having reviewed and approved the following request for Payment is now authorized for payment by the signature of Thomas C. Wright, Director, Office of Loan Guarantee.

SUBMITAL DATE: 2/4/2015

**TRANSACTION #**         **SECTION 184 CASE #**  556-012757         **COHORT YEAR**  240427

LOAN CERTIFICATE BOX#1

**ORIGINAL BORROWER**     NAME             Nelson, Elizabeth

                          PROPERTY ADDRESS  72167 Route 2, Box 430
                                            Ashland, WI 54806

### ACCOUNTING TRANSACTION CODE

**CL**
- Part "A" Claim (Line 17)
- Part "B" (line 137)                $1,353.96
- supplemental claims
- PAID CLAIM TOTAL                   $1,353.96

**PM**

*SUPPLEMENTAL CLAIM/PRESERVATION COST*

| VENDOR/CONTRACTOR NAME, ADDRESS, CITY, ST, ZIP | Amount | Description | inv date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL PROPERTY MGMT

**PAYMENT MADE TO:**                  **BANK NAME**   Jackson County Bank

WIRING INSTRUCTIONS                   aba/Routing number  ▓▓▓
                                      Credit Account      ▓▓▓
                                      ACCT NAME
                                      HUD                 ▓▓▓
                                      TAX PAYER ID        ▓▓▓
                                      LOAN REFERENCE#  4021 ✓

K. Johnson _____   T. Pillay _____   A. Wagstaff ✓   B. Thompson _____   2/9/15 Tomoo
                                                                         Date

*Thomas C. Wright* (signature)                                           2/9/2015
Thomas C. Wright                                                         Date